The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ARTURO TORRES, *et al.*<br><br>Defendants. | NO. CR15-70 JLR<br><br>~~(Proposed)~~<br>FINAL ORDER OF FORFEITURE |

THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the following assets:

a. $419,935.00 in United States currency, seized from Rey Felix and Rachel Gutierrez, on April 16, 2014;

b. One (1) 2007 Volkswagon Touareg with VIN: WVGZE77LX7D023544;

c. One (1) 2008 Volvo XC90 with VIN: YV4CY982481422243;

d. $16,900.00 in United States currency, seized from Jose Aguirre, on August 21, 2014; and

e. One (1) 2008 Nissan Altima with VIN: 1N4BL24E48C230044.

//
//

FINAL ORDER OF FORFEITURE
U.S. V. ARTURO TORRES, *et al.* (CR15-70 JLR) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  On May 23, 2016, the Court entered a Preliminary Order of Forfeiture in the
above-captioned case forfeiting defendant JOSE AGUIRRE's interest in property
referenced above in paragraph d ($16,900.00 in United States currency).

On May 25, 2016, the Court entered a Preliminary Order of Forfeiture in the
above-captioned case forfeiting defendant ERIK TORRES' interest in all of the above-referenced property.

On June 13, 2016, the Court entered a Preliminary Order of Forfeiture in the
above-captioned case forfeiting defendant ARTURO TORRES' interest in the above-referenced property.

On October 18, 2016, the Court entered a Preliminary Order of Forfeiture in the
above-captioned case forfeiting defendant RACHEL GUITIERREZ's interest in the
property referenced above in paragraphs (a) and (b) ($419,935.00 in United States
currency and One (1) 2007 Volkswagon Touareg).

All of the property listed above is subject to forfeiture pursuant to Title 21,
United States Code, Section 853(a), and based upon the guilty pleas of ARTURO
TORRES and ERIK TORRES to Count 1 of the Indictment, Conspiracy to Distribute
Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1),
841(b)(1)(C), and 846. In addition, all of the property listed above is subject to forfeiture
pursuant to Title 18, United States Code, Section 982(a)(1), and based upon the guilty
pleas of ERIK TORRES and RACHEL GUTIERREZ to Count 2 of the Indictment,
Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code,
Section 1956(h). Finally, the $16,900 in U.S. currency listed above in paragraph d is also
subject to forfeiture pursuant to Title 31, United States Code, Section 5317(c)(1), and
based upon the guilty plea of JOSE AGUIRRE to Count One of the Information,
Structuring Financial Transactions, in violation of Title 31, United states Code, Sections
5322(a) and 5324(a)(3).

Pursuant to Title 21, United States Code, Section 853(n), the United States
published notice on an official government forfeiture website, currently

FINAL ORDER OF FORFEITURE
U.S. V. ARTURO TORRES, et al. (CR15-70 JLR) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

www.forfeiture.gov for thirty (30) days beginning May 28, 2016 and ending on June 26, 2016. In the publication the United States published notice of the Preliminary Order of Forfeiture and the intent of the United States to dispose of the property in accordance with law. This notice further stated that any person other than the defendant having or claiming an interest in the property was required to file a petition with the Court within sixty (60) days of the first date of publication, setting forth the nature of the petitioner's right, title, and interest in the property.

The United States perfected service on Rose Marie Frias, via certified mail, on or about October 28, 2016.

The United States perfected service on Ray Felix, c/o his counsel, John Lundin, via certified mail, on or about October 27, 2016.

The United States attempted to perfect service on Jose Agunte, believed by investigative agents to be an assumed name, via certified mail. The notice was returned because the address, as provided to the Washington Department of Licensing, does not exist.

All persons and entities believed to have an interest in the property subject to forfeiture were given proper notice of the intended forfeiture.

No petitioners or claimants have come forth to assert an interest in the forfeited property, and the time for doing so has expired.

Accordingly,

IT IS ORDERED, ADJUDGED and DECREED that the following property is fully and finally condemned and forfeited to the United States in its entirety:

 a.  $419,935.00 in United States currency, seized from Rey Felix and Rachel Gutierrez, on April 16, 2014;

 b.  One (1) 2007 Volkswagon Touareg with VIN: WVGZE77LX7D023544;

 c.  One (1) 2008 Volvo XC90 with VIN: YV4CY982481422243;

 d.  $16,900.00 in United States currency, seized from Jose Aguirre, on August 21, 2014; and

FINAL ORDER OF FORFEITURE
U.S. V. ARTURO TORRES, et al. (CR15-70 JLR) - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

    e.    One (1) 2008 Nissan Altima with VIN: 1N4BL24E48C230044.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that no right, title, or interest in the above-described property shall exist in any other party.

The Department of Justice, the United States Marshals Service, and or its agents and representatives, is hereby authorized to dispose of the above-listed vehicle in accordance with law.

The Clerk of the Court is hereby directed to send a copy of this Final Order of Forfeiture to all counsel of record and to send one (1) "raised seal" certified copy to the United States Marshals Service.

DATED this 24th day of March, 2017.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Richard E. Cohen
RICHARD E. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
(206) 553-6934 (Fax)
Richard.E.Cohen@usdoj.gov

FINAL ORDER OF FORFEITURE
U.S. V. ARTURO TORRES, et al. (CR15-70 JLR) - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970